

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2018

No. 04-18-00577-CV

**IN RE L.S.D**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01575
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The court reporter's request for more time to file the reporter's record is granted. We **ORDER** the court reporter, Elva G. Chapa, to file the reporter's record by September 27, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court